# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 89 CR 140 | **DATE** | 1/15/2008 |
| **CASE TITLE** | UNITED STATES vs. STEVEN CARTER | | |

**DOCKET ENTRY TEXT**

Status hearing set for 2/11/2008 at 10:00 a.m. to address previous sentencing terms.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|