UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    89 CR 140 |
| v. | ) | |
| | ) | Judge James B. Zagel |
| STEPHEN CARTER | ) | |

**<u>ATTORNEY APPEARANCE</u>**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                              Respectfully submitted,

                                              PATRICK J. FITZGERALD
                                              United States Attorney

                                     By:   <u>s/ Steven A. Block</u>
                                              STEVEN A. BLOCK
                                              Assistant United States Attorney
                                              219 South Dearborn Street, 5TH Floor
                                              Chicago, Illinois 60604
                                              (312) 886-7647

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY APPEARANCE**

was served on January 16, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers., if any, and was sent by First Class U.S. Mail to the following non-ECF filer:

Stephen Carter
Salvation Army Community Corrections Center
105 S. Ashland Avenue
Chicago, Illinois 60607

        s/Steven A. Block
        STEVEN A. BLOCK
        Assistant United States Attorneys
        219 South Dearborn, 5TH Floor
        Chicago, Illinois  60604
        (312) 886-7647